# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2018

## NO. 03-18-00040-CV

**Berit McMillan and Gerald McMillan, Appellants**

**v.**

**Tally Two Investment Group LLC, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final default judgment signed by the district court on July 19, 2017. Having reviewed the record, the Court holds that Berit McMillan and Gerald McMillan have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.